IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HEATHER HEDGE,

    Plaintiff,

v.                                    Civil Action No. 3:09cv714

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

    Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE entered herein on April 20, 2010 (Docket No. 11), the PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Docket No. 12), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 13), and having considered the record and the REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE and finding no error therein, it is hereby ORDERED that:

(1) The plaintiff's objections are overruled;

(2) The REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE is ADOPTED on the basis of the reasoning of the Report and Recommendation;

(3) The PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Docket No. 5) is denied;

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 10) is granted; and

(5) The Commissioner's decision is affirmed.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

　　　　　　　　　　　　　　　　/s/　　REP
　　　　　　　　　　　　　Robert E. Payne
　　　　　　　　　　　　　Senior United States District Judge

Richmond, Virginia
Date: May 19, 2010